22298.   STEIN & COMPANY *et al. v.* STATE TAX BOARD *et al.*

JENKINS, P. J.   Under the rulings in *Georgia Paper Stock Co.* v. *State Tax Board,* 174 *Ga.* 816 (164 S. E. 197), and *Norman* v. *Knight,* 45 *Ga. App.* 760 (165 S. E. 899), the plaintiff in the instant case, who was seeking a refund of taxes paid under the Georgia sales-tax act of 1929, was a person preparing commodities for sale, and consequently was chargeable with one half of one mill tax under section 3 of that act. The trial judge erred in holding to the contrary.

*Judgment reversed.   Stephens and Sutton, JJ., concur.*

DECIDED JANUARY 7, 1933.

*Jones, Fuller, Russell & Clapp, Hyman M. Morris,* for plaintiffs.
*George M. Napier, attorney-general, T. R. Gress, L. S. Camp, C. N. Davie, J. F. Kemp, J. A. Smith, R. C. Norman, P. H. Doyal,* for defendants.